ACCEPTED
12-17-00163-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/28/2017 3:27 PM
Pam Estes
CLERK

COURT OF APPEALS CASE NO: 12-17-00163-CR
TRIAL COURT CASE NO: 2016-0415

| | | |
|---|---|---|
| **JAY EBARB** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| **V.** | § | **STATE OF TEXAS** 11/28/2017 3:27:20 PM |
| | § | PAM ESTES<br>Clerk |
| **THE STATE OF TEXAS** | § | |
| **Appellee** | § | **TWELFTH JUDICIAL DISTRICT** |

## THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES**, JAY EBARB, Appellant in the above styled and numbered causes, and pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, moves this Honorable Court to grant an extension of time to file appellant's brief, and for good cause shows the following:

I.

1. This case is on appeal from the 159TH Judicial District Court of Angelina County, Texas.

2. The case was styled THE STATE OF TEXAS vs. JAY EBARB and numbered 2016-0415 in trial court.

3. In case number 2016-0415, Appellant was found guilty by the Honorable Judge Paul E. White for the third-degree offense of Bail Jumping and Failure to Appear. The Judge assessed punishment at twenty-five (25) years confinement in the Institutional Division of the Texas Department of Criminal Justice.

4. Notice of appeal was properly and timely given.

5. The clerk's record has been filed, as well as the reporter's record.

6. Appellant's brief is presently due to be filed on November 29, 2017.

7. Appellant requests an extension of time of 36 days from November 29, 2017, thereby making the appellant's brief to be filed on or before January 4, 2018. Please

note that this is the current due date for Appellant's Brief in Cause No. 12-17-00165-CR.

8.  This is the Appellant's Third request for an extension to file his brief in this cause.

9.  Defendant is incarcerated in the Institutional Division of the Texas Department of Criminal Justice.

10. Appellant relies on the following facts as good cause for the requested extension:

Counsel for the Appellant is a sole practitioner, and has a very active civil and criminal trial practice. Counsel has been involved in trial preparations for the following cases:

- *The State of Texas vs. David Brown*; In the 435th District Court of Montgomery County; Cause No. 15-11-12186-CR; Capital Murder (Jury Trial will commence on December 18, 2017.)

- *The State of Texas vs. Evan Juneau*; In the 435th District Court of Montgomery County; Cause No. 15-11-11880-CR; Online Solicitation of Minor

- *In the Interest of B.R.G.*; In the County Court at Law No. Three (3) of Montgomery County; Cause No. 08-07-07470

- *Estate of Dr. Jules Balette, Sr., Deceased*; In the Probate Court No. Three (3) of Harris County; Cause No. 451-336

- *In the Matter of the Marriage of H.C.M. and A.M.M., and In the Interest of J.M.M.;* In the County Court at Law No. Three (3) of Montgomery County; Cause No. 16-06-06535

Counsel has been preparing for numerous hearings in different cause numbers as well, and needs more time in order to complete the brief now due.

II.

In addition, Appellant has two other appeal cases that are linked with this case. The Reporter's Records for each of Appellant's cases are integrated in certain areas, and this has caused the material to be overlapping and perplexity. Therefore, additional time is needed and is

requested in order to make a complete and thorough review of the record, review the many case, statutes, rules and "other" citations and for counsel to prepare the Appellant's brief. This extension is not sought for the purpose of delaying this appeal, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Honorable Court grant this Third Motion for Extension Time to File Appellant's Brief, and for such other and further relief, as the Court may deem appropriate.

Respectfully submitted,

MIKE ADUDDELL
Attorney at Law
SBN: 00930500
220 N. Thompson, Suite 101
Conroe, Texas 77301
Tel: (936) 539-4113
Fax: (936) 539-4118
Email: maduddell@aduddelllaw.com

Court Appointed Attorney for Appellant,
JAY EBARB

### CERTIFICATE OF SERVICE

This is to certify that on November ___28___, 2017, a true and correct copy of the Third Motion for Extension Time to File Appellant's Brief was served to the following:

**Via Facsimile (936) 637-2818**
District Attorney of Angelina County
ATTN: Appellate division
PO Box 908
Lufkin, Texas 75902-0908

Mike Aduddell

3

STATE OF TEXAS                          §
                                        §
COUNTY OF MONTGOMERY                     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mike Aduddell, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Third Motion for Extension of Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Mike Aduddell
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 28, 2017, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

ASHTON BLACK
Notary Public, State of Texas
Comm. Expires 12-10-2020
Notary ID 125132346

4